

1146 19TH STREET, NW
FIFTH FLOOR
WASHINGTON, DC 20036
TELEPHONE 202.463.1818
TELEFAX  202.463.2999
www.HNKlaw.com
attorneys@HNKlaw.com

VIA HAND DELIVERY

December 21, 2016

Clerk of the Court
United States District Court
    for the District of Columbia
Clerk's Office, Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

   RE: Lelchook, et al. v. Syrian Arab Republic
      1:16-cv-01550

Dear Clerk of Court:

As counsel to Plaintiffs in the above-captioned case, I respectfully request your assistance in serving a copy of the Order and Judgment, Memorandum Opinion and other related documents, as well as translations thereof, upon the Defendant in this matter pursuant to 28 U.S.C. § 1608, specifically pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

On November 23, 2016 (D.E. #4) we requested that the Clerk of Clerk transmit the above referenced documents for service upon the Defendant via DHL pursuant 28 U.S.C. § 1608(a)(3). The Clerk dispatched to DHL on November 28, 2016 (D.E. #7). On December 6, 2016, we were advised by DHL that delivery was refused. Accordingly we are now seeking service pursuant to 28 U.S.C. § 1608(a)(4).

Pursuant to 28 U.S.C. § 1608(a)(4), the Clerk of Court shall send the relevant documents and translations (in this case Arabic translations), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. § 1608(a)(4), I have enclosed a copy of the Complaint, Summons, Notice of Suit and related documents, as well as translations thereof into Arabic, the official language of the Syrian Arab Republic.

Please take the necessary steps to dispatch these materials to effect service on Defendant Islamic Republic of Iran pursuant to 28 U.S.C. § 1608(a)(4). It was recommended that we use the following address when dispatching the above documents to the Overseas Citizen Services Office at the State Department:

    U.S. Department of State
    Overseas Citizen Services
    Attention: Daniel Klimov
    SA-17, 10th Floor
    2201 C Street, NW
    Washington, D.C 20520

In addition, I enclose a cover letter to the Department of State requesting foreign mailing and a certified checks to be delivered to the Department of State for fees for diplomatic service. Should you have any questions regarding this request, please contact me at (202) 463-1818.

Thank for your assistance with this matter.

Sincerely,

HEIDEMAN NUDELMAN & KALIK, P.C.

By: *[signature]*
    Tracy Reichman Kalik

Enclosures