

United States Department of State

*Washington, D.C.   20520*

August 7, 2017

Ms. Angela D. Caesar
Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re: Lelchook et al. v. Syrian Arab Republic 1:16-cv-01550**

Dear Ms. Caesar:

    I am writing regarding the Court's request for transmittal of a summons, complaint, and notice of suit to the Syrian Arab Republic pursuant to 28 U.S.C. Section 1608(a)(4) as a defendant in the above referenced lawsuit.

    Because the United States does not maintain diplomatic relations with the Syrian Arab Republic, the Department of State is assisted by the Foreign Interests Section of the Embassy of the Czech Republic in Damascus in delivering these documents to the Syrian Ministry of Foreign Affairs.  The aforementioned documents were delivered to the Syrian Ministry of Foreign Affairs under cover of diplomatic note No. 643/2017, dated and delivered on May 29, 2017.

    Please find the enclosed certified copy of the diplomatic note used to transmit these documents to the Ministry of Foreign Affairs of the Syrian Arab Republic.  Should you have any questions regarding this matter, please do not hesitate to contact me at (202) 485-6173.

Sincerely,

Jared N. Hess
Attorney Adviser
Overseas Citizens Services
Office of Legal Affairs



Cc: Tracy Reichman Kalik
Heideman, Nudelman & Kalik, PC
1146 19th St. N.W., Fifth Floor
Washington, DC 20036

CERTIFICATE

CZECH REPUBLIC                                      )
District of Prague                                  )
City of Prague                                      )    SS:
Embassy of the United States of America             )

I, Nikolas Trendowski, a consular officer at the Embassy of the United States at Prague, Czech Republic, certify that this is a true copy of diplomatic note number 643/2017 dated May 29, 2017, and annexed documents, which were transmitted by the Ministry of Foreign Affairs of the Czech Republic on July 4, 2017, to the Embassy of the United States.

_____
(Signature of Consular Officer)

_____
Nikolas Trendowski
(Typed name of Consular Officer)

_____
Consul
(Title of Consular Officer)

_____
July 14, 2017
(Date)

Č.j. 307109/2017-KO
Příloha: 1 obálka

      Konzulární odbor Ministerstva zahraničních věcí České republiky projevuje úctu Velvyslanectví Spojených států amerických v Praze a s odvoláním na jeho nótu číslo 58 ze dne 4. dubna 2017 ve věci doručení dokumentů týkajících se soudního sporu Lelchook vs. Syrská arabská republika má čest zaslat kopie nót Velvyslanectví České republiky v Damašku číslo 643/2017 ze dne 29. května 2017.

      Ministerstvo zahraničních věcí České republiky využívá této příležitosti, aby znovu ujistilo Velvyslanectví Spojených států Americe svou nejhlubší úctou.

V Praze dne 4 července 2017



Velvyslanectví
Spojených států amerických

P r a h a

Unofficial translation

No.307109/2017-KO
Encl. 1 envelope

      The Consular Department of the Ministry of Foreign Affairs of the Czech Republic presents its complimnets to the Embassy of the United States of America in Prague and, with reference to the Embassy's Note No.59 of 4 April 2017 concerning the service of documents relating to the case of Lelchook vs Syrian Arab Republic, has the honour to enclose herewith copeis of notes from the Embassy of the Czech Republic in Damaascus ref.643/2017 of 29 May 2017.

      The Consular Department of the Ministry of Foreign Affairs of the Czech Republic avails itself of this oportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.

Prague, 𝑦 July 2017

Embassy
of the United States of America

Prague



Ministerstvo zahraničních věcí
České republiky

Konzulární odbor
Hradčanské nám. 5, 118 00 Praha 1
tel.: +420 224 18 2125, fax: +420 22418 2085
www.mzv.cz

V Praze dne 29. 6. 2017

Čj. 307109/2017-KO

**Potvrzení**

Konzulární odbor Ministerstva zahraničních věcí České republiky tímto potvrzuje pravost podpisu Daniela Sladkovského, konzula Velvyslanectví České republiky v Damašku, jakož i pravost úředního razítka Velvyslanectví České republiky v Damašku na této listině.

JUDr. Markéta Meissnerová
ředitelka konzulárního odboru

**Embassy of the Czech Republic
in the Syrian Arab Republic**

U.S. Interests Section

I Daniel Sladkovsky, Head of the Foreign Interests Section of the Embassy of the Czech Republic in Damascus, certify that this is true copy of the diplomatic note 643/2017, dated 29.5.2017 and delivered to the Syrian Ministry of Foreign Affairs on 29.5.2017.

Daniel Sladkovsky

Head of the Foreign Interests Section

of the Embassy of the Czech Republic

in Damascus



Damascus, 6 June, 2017

**Embassy of the Czech Republic**
in the Syrian Arab Republic

U.S. Interests Section

No:. 643 /2017

*Verbal Note*

The Embassy of the Czech Republic, acting as the Protecting Power for U.S. interests in Syria, presents its compliments to the Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic (Diplomatic Protocol).

The Embassy of the Czech Republic, Foreign Interests Section, in Damascus, at the request of the Embassy of the United States of America in Prague refersthe Ministry of Foreign Affairs of the Syrian Arab Republic to the lawsuit Lelchook et al. v. Syrian Arab Republic 1:16-cv-01550, which is pending the U.S. Federal District Court for the District of Columbia. The Syrian Arab Republic is a defendant in this case. The Foreign Interets Section transmits a Summons, Complaint, and Notice of Suit herewith. The U.S. Federal District Court has requested the transmittal of these documents. This note constitutes transmittal of these documents to the Government of the Syrian Arab Republic as contemplated in Title 28, United States Code, Section 1608(a)(4).

The Foreign Interests Section has been advised that under U.S. law any jurisdictional or other defense including claims of sovereign immunity must be addressed to the court before which the matter is pending, for which reason it is advisable to consult an attorney in the United States. Otherwise, proceedings will continue without an opportunity to present arguments or evidence. It is practiceof the U.S. Department of State to be available to discuss the requirements of U.S. law with counsel. The U.S. Government is not a party to this case and cannot represent other parties in this matter.

**Embassy of the Czech Republic
in the Syrian Arab Republic**

U.S. Interests Section

The Embassy of the Czech Republic avails itself of this opportunity to renew to the Ministry of Foreign Affairs and Expatriates of the Syrian Arab Republic the assurances of its highest consideration.

Damascus, 29   May, 2017

**Ministery of Foreign Affairs and Expatriates
Of the Syrian Arab Republic
Diplomatic Protocol
<u>Damascus</u>**



سفارة الجمهورية التشيكية
في الجمهورية العربية السورية

قسم رعاية المصالح الأمريكية

الرقم : 643/2017

مذكرة شفهية

تهدي سفارة الجمهورية التشيكية بدمشق، بصفتها الدولة الراعية لمصالح الولايات المتحدة الامريكية في سوريا، أطيب تحياتها إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية (إدارة المراسم) .

تطلب سفارة الجمهورية التشيكية ، قسم رعاية المصالح الأجنبية بدمشق وبناء على طلب سفارة الولايات المتحدة الأمريكية في براغ تذكير وزارة الخارجية والمغتربين في الجمهورية العربية السورية بالدعوى القضائية ليلشوك، ات ال ضد الجمهورية العربية السورية (RDM) 1:16-cv-1550 والمعلقة في المحكمة الاتحادية الأمريكية لمقاطعة كولومبيا . الجمهورية العربية السورية هي متهم في هذه القضية. حيث ينقل قسم المصالح الأجنبية مرفق استدعاء، شكوى، إشعار برفع الدعوى وعرض للتحكيم حسب طلب المحكمة الاتحادية الأمريكية تم نقل هذه الوثائق. تشكل هذه المذكرة نقل هذه الوثائق الى حكومة الجمهورية العربية السورية كما يقر الفصل 28، قانون الولايات المتحدة الأمريكية، الفقرة 1608 (a)(4).

تم إخطار قسم رعاية المصالح الأمريكية أنه وبحسب القانون الأمريكي أي مطالبات الدفاع القضائية أو غيرها من الحصانة السيادية يجب أن توجه الى المحكمة قبل أن تصبح المسألة معلقة ، ولأي من الأسباب ، ينصح أن يتم إستشارة محامي في الولايات المتحدة . خلاف ذلك، سوف تستمر الدعوى دون فرصة لتقديم حجة أو دليل، من المتبع في وزارة الخارجية الأمريكية أن توفر الفرصة لمناقشة متطلبات قانون الولايات المتحدة مع مستشار قانوني . حكومة الولايات المتحدة ليست طرف في هذه القضية ولا تستطيع تمثيل أطراف أخرى في هذه القضية.

تنتهز سفارة الجمهورية التشيكية بدمشق هذه الفرصة لتعرب إلى وزارة الخارجية والمغتربين في الجمهورية العربية السورية –ادارة المراسم – عن فائق الاعتبار والتقدير .

دمشق في 29 أيار 2017

وزارة الخارجية في الجمهورية العربية السورية
إدارة المراسم
دمشق