# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LELCHOOK, et al. <br><br> Plaintiffs, <br><br> v. <br><br> SYRIAN ARAB REPUBLIC <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 16-01550 (RC) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION OF DAVID SCHENKER

QUALIFICATIONS

My qualifications as an expert in this case on Hezbollah and its state sponsor, Syria, are based on a combination of my education, professional training, and experience.

I am a US citizen residing in Bethesda, Maryland. I have an MA in Middle Eastern Studies from the University of Michigan (1990). My Master's thesis focused on the modern history of Syria and Lebanon. I have lived in the Middle East for four years, including two years in Egypt. From 1992-1993, I was a fellow at the US-Government funded Center for Arab Study Abroad (CASA), in Cairo. I am fluent in Arabic.

In 1998, I joined the Washington Institute for Near East Policy as a fellow in the Arab Politics Program. Founded in 1985, the Washington Institute seeks to "advance a balanced and realistic understanding of American interests in the Middle East" by bringing "scholarship to bear on the making of US policy in this vital region of the world." The Institute's board of Advisors includes several former Secretaries of State, a former Director of Central Intelligence, and other former senior government officials and diplomats. The Washington Institute holds annual conferences and periodic policy forums, hosts blue-ribbon presidential study groups, and publishes scholarly research.

Much of my work at the Washington Institute has been focused on Syria and its support for terrorism. Between 1988 and 1998, I visited Syria about six times. Because of my writings about Syria and specifically its sponsorship of terrorism, however, from 1998 until 2002, Damascus banned me from travelling to the state. Between 2006 and 2017, I traveled to Lebanon more than a dozen times to conduct research, including meeting with Hezbollah officials. During the period of 1998-2002, I routinely briefed US Government personnel of times about developments in Syria and Lebanon, and about Hezbollah's activities. Between 1998 and 2002, I wrote and published extensively about Syrian state sponsorship of terrorism and Hezbollah.

From 2002-2006, I served as Levant Director in the Office of the Secretary of Defense. In that capacity, I was the Pentagon's top policy aide on the Arab countries of the Levant, responsible for advising the secretary and other senior Pentagon leadership on the military and political affairs of, Syria, Jordan, Lebanon, and the Palestinian territories. Among my other duties, during my tenure at the Pentagon, I counseled DOD leaders on Syrian support for terrorism including Hezbollah, and traveled to Damascus on at least two occasions for consultations with the US Ambassador and the State Department's Embassy

1

country team. I also routinely briefed the Secretary of Defense in advance of his National Security Council Meetings on Syria. In 2005, based on my work I was awarded the Office of the Secretary of Defense Medal for Exceptional Civilian Service.

After four years in Government, in 2006 I returned to the Washington Institute as director of the Program on Arab Politics. At the Institute, most of my research is focused on Syria, Jordan Lebanon, and Egypt, including Syrian state support for terrorism. In addition to my policy papers and articles published in major media outlets like *The Wall Street Journal* and *The Los Angeles Times*, I am a frequent analyst and commentator on Arab Politics on National Public Radio, Fox Cable News, and BBC. Beyond these duties, I also periodically provide expert testimony and opinion before Congress and in courts—in the US and Canada—regarding the region, brief Congressional staffers and Administration officials, and lecture frequently to the US military.

Specifically, since leaving my post in the US Government, I have testified before Congress about Syrian state sponsorship of terrorism, and served as an expert witness on behalf of the Government of Canada in a Palestinian terrorism-related immigration trial. I have also offered expert testimony in the field of Arab politics and counterterrorism before federal courts multiple times and have been accepted as an expert in this field by numerous courts, including the United States District Court for the District of Columbia. A list of the matters where I have been recognized as an expert is attached here, as Appendix B.

My research is based almost entirely on primary source materials, gained through extensive interviews and reading Arabic language sources. I travel to the Middle East approximately three times per year in pursuit of this research, collecting sources, interviewing experts, officials, academics, politicians, militiamen, and others to gain insight into regional developments.

I am widely published. A select bibliography of my writings related to Syria, Lebanon, and Hezbollah is included at Appendix A. These publications include dozens of articles about Hezbollah and Syrian support for the organization.

**Summary of Opinions**
I have been asked by the plaintiffs to provide expert opinion on Syria's materiel support for the Shiite militia Hezbollah prior to and during the 33-day summer 2006 war (July 12-August 14) between Israel and Hezbollah. In summary, it is my expert opinion that:

- Syria is the key logistical node for the transfer of weapons to Hezbollah in Lebanon.

- Since Hezbollah's establishment by Iran in the early 1980s, Syria has served as a key point of transshipment of Iranian weapons and military materiel to the terrorist organization.

- Syria under the Bashar Assad regime has itself emerged as a leading source of weapons to Hezbollah.

- Syria's provision of materiel support to Hezbollah is a matter of policy.

- Since 2001, through transshipment of Iranian missiles and the direct shipment of rockets from its own stocks, Syria's Bashar Assad regime was singularly responsible for establishing Hezbollah's arsenal of rockets and missiles.

- Thousands of missiles and rockets provided by Iran via Syria and by Syria from its own stocks to Hezbollah were fired into Israel during the summer 2006 war.

- Senior Iranian officials admit that Hezbollah is armed via Syrian territory, and that weapons provided to the terrorist organization were employed during the summer 2006 war.

- Senior Hezbollah officials, including Hezbollah leader Hassan Nasrallah, admitted that Syria exported weapons to the organization before and during the summer 2006 war.

- On August 3, during a televised speech Hassan Nasrallah said that a day earlier on August 2, Hezbollah had fired "more than 300 missiles" into northern Israel. Nasrallah said that as of August 3, "the rocket attacks on northern Palestine and beyond Haifa continue[d]." Kibbutz Saar lies south of, or "beyond" Haifa.

- Based on the range of the projectile and on information provided by Israeli officials, it is all but certain that a shorter-range Katyusha rocket, also known as the 122mm Grad rocket, with a range of 20 kms., hit Kibbutz Saar on August 2, 2006, killing David Lelchook, a dual US-Israeli national.

**Support to Hezbollah as a Matter of Policy**
Syria was an inaugural member of the US Department of State's list of State Sponsors of Terrorism in 1979, and remains on this list until today. Damascus hosts, supports, and provides sanctuary to several terrorist organizations, but the terrorist organization with which Syria has been most closely associated with since 2000—the year that the current president, Bashar Assad, took power—is the Lebanese Shiite organization, Hezbollah.

3

Hezbollah was created in the early 1980s by Iran as a proxy militia primarily focused on fighting Israel.[1] At the time—and until today—Syria has been a strategic ally of Iran.[2] Independent of Iran, however, Hezbollah was (and remains) a natural ally of Damascus, in large part because since 1948, Syria has been at war with Israel. Not only does Hezbollah frequently attack Israel, the organization serves as a sort of buffer between Syria and Israel: based on the topography of the region, Damascus has long believed that an Israeli ground offensive against Syria would necessarily have to pass through Lebanon's Bekaa Valley, a Hezbollah stronghold. Accordingly, the Syrian Government has never considered Hezbollah to be a "terrorist" organization, but rather, a "resistance" group targeting the Jewish state.[3] As such, since Hezbollah's establishment, Syria has served reliably as the primary conduit of the organization's military materiel.

There is no question that these weapons—rockets and missiles—which passed through Syrian territory were authorized by the Assad regime. At the time, and until at least the start of the popular rebellion in 2011, Syria was a world class police state. Everything that happened in Syria, and especially at Damascus airport, was tightly controlled by the regime.

**Provision of Weapons**
It has long been known that Syria has been the key source of Hezbollah's arsenal.[4] The Assad regime has channeled weapons and ammunition to Hezbollah in two ways: 1) transshipping Iranian military materiel, and; 2) providing weapons directly from its own stocks to the terrorist organization. The direct transfer of Syrian weapons to Hezbollah is self-explanatory. As far as the transshipment of Iranian weapons, the logistical mechanism is that the Assad regime re-exports Iranian weapons arriving at Damascus airport on Iranian aircraft by loading the materiel onto trucks, and driving it over land, across the border to Hezbollah in Lebanon.

The Syrian supply chain to Hezbollah has been acknowledged repeatedly by officials in successive US Administrations. After the start of the 2006 war for example, then President George W. Bush discussed Syria's role in arming the terrorist organization. During his July 22, 2006 weekly Saturday radio address, President Bush stated, "For many years, Syria has been a primary sponsor of Hezbollah and it has helped provide Hezbollah with shipments of Iranian-made weapons."[5]

During the same Administration, but three years earlier then Secretary of State Colin Powell also raised concerns about the threat posed by the Assad regime's transfer of weapons to Hezbollah. In May 2003, Powell said:

> And my clear message to President Bashar Assad is that some of the policies you've been following in the past will not take you anywhere in the future. Support of terrorist activities, the presence in Damascus of organizations that continue to cause terrorist activity to take place which makes it hard to move forward on the Middle East peace process, these things have to come to the end. The offices have to be closed. He [Assad] said he was closing offices. He also indicated that he would constrain their activities, and we had some other suggestions for him.

---

[1] Matthew Levitt, Hezbollah: The Global Footprint of Lebanon's Party of God, Georgetown University Press, 2013.
[2] Jubin Goodarzi, Syria and Iran: Diplomatic Alliance and Power Politics in the Middle East, IB Taurus, 2006.
[3] See, for example, the interview with Syrian defense minister Mustafa Tlass "Al Imad awal Mustafa Tlass li Asharq al Awsat...," *Asharq al Awsat*, August 9, 2003.
http://archive.aawsat.com/details.asp?section=4&article=186308&issueno=9020#.Wg7_SlWnHIV
[4] See for example, Yossi Melman, "In Depth: How Iranian Weapons Reach Hezbollah," *The Jerusalem Post*, May 25, 2013. http://www.jpost.com/Defense/In-Depth-How-Iranian-weapons-go-through-Syria-to-Hezbollah-314313
[5] "Bush Slams Syria, Iran Over Hezbollah," *CNN.com*, July 22, 2006,
http://www.cnn.com/2006/POLITICS/07/22/Bush.radio/

4

> But it is not what he says or what he said to me or what he professes; it's what he actually does. So it's performance that we'll be looking at in the days and weeks and months ahead, and he knows that. Performance not only with respect to these kinds of organizations, but in any way allowing Syria to be a place where weapons can be transshipped to other organizations, such as Hezbollah, that cause destabilizing actions...[6]

Then National Security Council Spokesman Frederick Jones also laid the blame for arming Hezbollah on Damascus, saying: "We charge Syria and Iran who support Hezbollah with the responsibility for the attack [that started the 2006 war] and the violence which followed it."[7]

In addition, the US Congress has expressed concerns about the Syrian role in arming Hezbollah in legislation. The Syria Accountability and Lebanese Sovereignty Restoration Act of 2003 (PL 108-175), signed into law on December 12, 2003, specifically addresses Syrian support for Hezbollah and the provisioning of this terrorist organization in particular, in its "Findings" section:

> Terrorist groups, including Hizballah, Hamas, Palestinian Islamic Jihad, the Popular Front for the Liberation of Palestine, and the Popular Front for the Liberation of Palestine--General Command, maintain offices, training camps, and other facilities on Syrian territory, and operate in areas of Lebanon occupied by the Syrian armed forces and receive supplies from Iran through Syria.[8]

Beyond the extensive list of US officials who blamed Syria for arming the Lebanese Shiite terrorist organization, Hezbollah itself openly admits the role Damascus played in ensuring the continuous supply of critical armaments before and during the 2006 war. Indeed, in an August 2014 interview with senior editors from the pro-Hezbollah Lebanese daily *Al Akhbar*, Hezbollah leader Hassan Nasrallah praised Damascus for being such a good friend to the organization. According to Nasrallah:

> During the [2006] war, the transfer of arms from Syria did not stop. It was not clear how long the war would last, so the more weapons and ammunition we had, the better the situation would be, and the transportation possibilities were still available, even though Israel was targeting almost all the crossings [from Syria].[9]

There is no doubt that interview, which was posted on Hezbollah's own website www.mediarelations-lb.org, is authentic.

**Iranian Transshipment**
In addition to receiving weapons directly from Syria, Iran sends weapons to Hezbollah via Syria. According to former CIA analyst Steven Ward, prior to the 2006 war:

> Iranian financial support is believed to have ranged between $60 million and $200 million a year...The money and direct transfers from Iran and Syria expanded Hezbollah's inventory of arms to include ballistic, anti-tank, and anti-ship cruise missiles, rockets, man-portable air defense

---

[6] "Colin Powell Interview on NBC's Meet the Press with Tim Russert," May 4, 2003. https://2001-2009.state.gov/secretary/former/powell/remarks/2003/20163.htm
[7] *Al Hayat*, July 15, 2006. http://daharchives.alhayat.com/issue_archive/XML%20INT/2006/7/13/296120.html
[8] Syria Accountability and Lebanese Sovereignty Restoration Act of 2003, (PL 108-175), December 12, 2003. https://www.congress.gov/108/plaws/publ175/PLAW-108publ175.pdf
[9] Ibrahim al Amin, Wafiq Qansuh, Hassan Alayq, and Maha Zaraqat, "Muqabala Al Seyid Nasrallah ma'a Al Akhbar 8-15-2014," [Meeting of Seyid Nasrallah with *Al Akhbar* 8-15-2014], https://www.mediarelations-lb.org/article.php?id=12584&cid=94#.WgykrItSyUl

5

systems, and other advanced military equipment. With this assistance, much of which transited Syria and kept Damascus in a strong position in the relationship, Hezbollah developed a small core of full-time, highly trained and highly motivated fighters, backed by part-time reserves.[10]

In particular, the Iranian weapons transiting Syria en route to Hezbollah before 2006 included up to 120 Iranian-supplied Fajr 3 and Fajr 5 rockets, with ranges of 22 miles and 45 miles, respectively, which it deployed during the war.[11] The Fajr 5 was used during Hezbollah's July 28, 2006 strike on the Israeli town of Afula.[12] Iran also reportedly provided Hezbollah with the Zelzal I and II longer-range missiles before 2006, although neither system was employed in the war.[13]

It is likely that the Syrian hub was also utilized to transfer Chinese-made Iranian C802 anti-ship missiles to Hezbollah, one of which was fired by Hezbollah on July 14, 2006, killing four Israeli sailors and nearly sinking the Israeli navy corvette the INS Hanit.

According to Israeli estimates, at the time of the war, Hezbollah possessed about 14,000 rockets.[14] Hezbollah leader Hassan Nasrallah said on May 5, 2005 that his organization possessed more than 12,000.[15]

All told, Hezbollah fired nearly 4000 rockets into Israel during the 33 days of fighting, or about 150 per day. The vast majority of these fired rockets were delivered Hezbollah from Syria.

**Provision of Syrian Weapons**
Until 2000, Syria largely was involved in the transshipment of Iranian weaponry to Hezbollah. But the death of longtime President Hafiz al Assad that year signaled a shift in Syrian policy vis-à-vis the organization. Unlike his father, who largely viewed Hezbollah as a cudgel to employ against Israel, Syria's new president, Bashar al Assad appeared to genuinely admire the organization, and he subsequently upgraded relations with the group. Damascus under Bashar continued to transship Iranian weapons to Hezbollah, but in a break with precedent, Syria started sending its own military materiel to the organization.

The US Government has long acknowledged publicly that Damascus plays a key role in provisioning Hezbollah with weapons. In its 2005 congressionally-mandated annual report on Terrorism titled "Country Reports on Terrorism," the US State Department noted that "The Syrian Government continued to provide political and material support to...Hizballah."[16] A year earlier, when Syria militarily occupied Lebanon, the 2004 report concluded:

---

[10] Steven Ward, "Axis of Resistance: The Hezbollah-Iran-Syria Relationship," *Cipher Brief*, July 14, 2016. https://www.thecipherbrief.com/axis-of-resistance-the-hezbollah-iran-syria-relationship

[11] Shashank Bengali, "Disarming of Hezbollah Emerges as an Obstacle," *McClatchy Newspapers*, August 15, 2006. http://www.mcclatchydc.com/latest-news/article24456955.html

[12] Andrew McGregor, "Hezbollah's Rocket Strategy," *The Jamestown Foundation Terrorism Monitor*, August 11, 2006. https://jamestown.org/program/hezbollahs-rocket-strategy/

[13] Hezbollah likely did not use these strategic missiles because Israel may have destroyed them on the ground the first day of the war.

[14] Uzi Rubin, "The Rocket Campaign Against Israel during the 2006 Lebanon War," *The Begin-Sadat Center for Strategic Studies, Bar Illan University*, June 2007. https://docs.google.com/viewerng/viewer?url=http://besacenter.org/wp-content/uploads/2007/06/MSPS71.pdf&hl=en

[15] Neil MacFarquhar and Hassan Fattah, "At Crossroads, Hezbollah Goes on Attack," *The New York Times*, June 16, 2006. http://www.nytimes.com/2006/07/16/world/middleeast/16hezbollah.html

[16] "Country Reports on Terrorism," US Department of State, 2005. https://www.state.gov/j/ct/rls/crt/c17689.htm

6

> Syria's predominant role in Lebanon facilitates the Lebanese Hizballah and Palestinian terrorist presence in portions of Lebanon. In addition, Syrian and Iranian support for Lebanese Hizballah activities in southern Lebanon, and for Palestinian terrorist groups throughout the country, help promote an environment where terrorist elements flourish.[17]

The US Government characterization of Syria's role since 2006 in transferring military materiel to Hezbollah has been clear. Tehran has also acknowledged that Damascus provides its own weapons and domestically-produced weapons to the terrorist organization. For example, the Assad regime gave Hezbollah highly advanced anti-tank missiles, including the laser-guided Russian AT-14 Kornet-E system, as well as the Russian Metis and Rocket Propelled Grenade (RPG) 29.[18] Hezbollah's anti-tank systems disabled more than a dozen Israeli Merkava tanks during the war.[19]

Tehran has also confirmed that Syria is a key source of projectiles for Hezbollah. In 2016, for example, Iran's Beirut-based Chief of Staff armed forces Major General Mohammad Bagheri said in an interview that Hezbollah had employed Iranian-made missiles manufactured in Aleppo, Syria during the July 2006 war with Israel.[20] Bagheri did not specify the type or range of these missiles.[21]

Damascus also delivered to Hezbollah some of its most advanced missile systems. According to Nicholas Blanford, a longtime Beirut-based journalist for *The Christian Science Monitor* and perhaps the best analyst of Hezbollah's military arsenal, after 2000, Syria provided Hezbollah with

> "large quantities of 220mm Uragan rockets, with a forty-two mile range, and B-302 rockets, which are a Syrian version of a Chinese multiple-launch rocket system. Some of the rockets were fitted with antipersonnel warheads..."[22]

Assad also gave the organization 302 mm rockets, with 100km range, also equipped with large antipersonnel warheads. Several reports in indicate that Iranian-produced Syrian modified 220mm rockets, with 100kg warhead and metallic balls, were fired by Hezbollah at Haifa. During the course of the 2006 war, one of these missiles hit the Haifa train station, killing eight Israelis.[23]

Most significantly, in terms of the 2006 war, however, were the shorter-range lower tech rockets provided to Hezbollah by the Assad regime. Indeed, Hezbollah fired relatively few longer-range Iranian missiles into Israel during the war. Most prominently, among Hezbollah's shorter range rocket systems, was the Katyusha or 122 mm Grad rocket, which has a range of 20kms or 12 miles. At the time of the war, Hezbollah possessed nearly 10,000 of these rockets. During the 2006 hostilities, the organization fired

---

[17] "Country Reports on Terrorism," US Department of State, 2004. https://www.state.gov/j/ct/rls/crt/c14813.htm
[18] Steven Erlanger and Richard Oppel Jr., "A Disciplined Hezbollah Surprises Israel with Its Training, Tactics, and Weapons," *The New York Times*, August 7, 2006.
http://www.nytimes.com/2006/08/07/world/middleeast/07hezbollah.html
[19] Alon Ben David, "Israel Introspective After Lebanon Offensive," *Jane's Defense Weekly*, August 23, 2006.
[20] "Iran Confirms Aleppo missile Factory to Support Hezbollah During it's 2006 War Against Israel," *DefenseWorld.net*, November 12, 2016.
http://www.defenseworld.net/news/17635/Iran_Confirms_Aleppo_Missile_Factory_To_Support_Hezbollah_During_Its_2006_War_Against_Israel#.WgnL3ItSyUl
[21] Adel al Salmi, "Iran Officially Confirms Missile Production in Aleppo," *Asharq al Awsat English*, November 11, 2016. https://eng-archive.aawsat.com/adel-al-salmi/news-middle-east/iran-officially-confirms-missile-production-aleppo
[22] Nicholas Blanford, "Warriors of God: Inside Hezbollah's Thirty-Year Struggle Against Israel," *Random House*, 2011.
[23] Amos Harel and Tomer Levi, "Rail Yard Hit Claims 8 in Haifa," *Haaretz*, July 17, 2006.
https://www.haaretz.com/print-edition/news/rail-yard-hit-claims-8-in-haifa-1.193170

some 3,500 of these projectiles into Israel.[24] These rockets are not precision guided, and are typically fired in batteries of up to 8 at a time.

Katyushas are produced in several countries, but Hezbollah's stocks are widely believed to be of both Russian, Chinese, and Iranian origin.[25] While over the years, some of these rockets may have been transshipped to Hezbollah from Iran through Syria, according to to Uzi Rabin—Israel's foremost expert in missiles and rockets—the provenence of Hezbollah's arsenal of Katyushas was Syria.[26] One of these Katyushas was responsible, according to Israeli intelligence officials, for the death of David Lelchook, killed on Kibbutz Saar--some five miles from the Lebanese border—on August 2, 2006.[27]

The day after Mr. Lelchook was killed, Hassan Nasrallah gave a televised address, in which he claimed responsibility for Hezbollah firing 300 missiles into Israel on August 2.[28] According to Nasrallah,

> Only yesterday the Islamic resistance [Hezbollah] launched more than 300 rockets at the colonies of the north [of Israel] and the Khyber missiles hit the colony of Beit Shan and the city of Afula in the depth of Israel.

Nasrallah also said that "the rocket attacks on northern Palestine and beyond Haifa continues today, at an even higher rate." Kibbutz Saar lies south, i.e. "beyond" Haifa.

Regardless of whether the particular rocket that hit Kibbutz Saar on August 2, 2006 was transshipped to Hezbollah by Iran through Syria, or provided directly to the terrorist organization by Damascus, there is no doubt that the Katyusha that hit Kibbutz Saar that day passed through Syria.

**Conclusion**
Based on my expertise and my research into this matter, I have reached the conclusion that Hezbollah fired the rocket that killed David Lelchook on August 2, 2006 and that this rocket was provided to the organization by Syria.

Hezbollah admits that it fired 300 missiles into northern Israel on August 2, 2006, including into the geographic area of Kibbutz Saar, where David Lelchook was killed. No other forces in Lebanon were firing missiles or rockets against Israel during this period. Moreover, American and Iranian officials, as well as the leader of Hezbollah all openly admit that Syria is the leading logistical hub for military materiel being provided to Hezbollah. There is no dispute about Syria's role in shipping its own weapons and transshipping Iranian weapons to the terrorist organization before and during the 2006 Lebanon war. Indeed, Syria's Assad regime, which considers Hezbollah to be a "resistance" organization rather than a "terrorist" organization, is proud of the materiel support it provided the group.[29] Since becoming president in 2000, Bashar Assad provided his own rockets and missiles, and served as the primary conduit

---

[24] Shashank Bengali, "Disarming of Hezbollah Emerges as an Obstacle," *McClatchy Newspapers*, August 15, 2006. http://www.mcclatchydc.com/latest-news/article24456955.html

[25] "Hezbollah's Rocket Force," *BBC*, July 18, 2006. http://news.bbc.co.uk/2/hi/middle_east/5187974.stm

[26] Uzi Rubin, "The Rocket Campaign Against Israel during the 2006 Lebanon War," *The Begin-Sadat Center for Strategic Studies, Bar Illan University*, June 2007.
https://docs.google.com/viewerng/viewer?url=http://besacenter.org/wp-content/uploads/2007/06/MSPS71.pdf&hl=en

[27] Email exchange with anonymous Israeli intelligence officer, November 15, 2017.

[28] Televised speech of Hassan Nasrallah, August 3, 2006, https://www.youtube.com/watch?v=tzFgHnp0OPE

[29] See Bashar Assad's speech following the war: "Bashar al Assad's Full Speech to Journalist Union in Damascus, 2006," *21st Century Wire*, August 15, 2017. http://21stcenturywire.com/2017/08/15/syria-president-bashar-al-assads-full-speech-to-journalist-union-in-damascus/

of Iranian rockets and missiles to Hezbollah. This materiel support for Hezbollah provided by the Assad regime was directly responsible for the death of David Lelchook on August 2, 2006.

I so declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 5th day of December, 2017

David Schenker

**Appendix A: Publications about Syria, Lebanon, and Hezbollah**

*Books and Monographs*

"Spillover from Strife in Lebanon," in No Good Outcome: How Israel Could be Drawn into the Syrian Conflict, Policy Focus #131, The Washington Institute for Near East Policy, November 2013.

"America and the Lebanon Issue," in Lebanon: Liberation, Conflict, and Crisis, (ed. Barry Rubin), Palgrave Press, 2009.

*Congressional Testimony*

The Syria Accountability and Lebanese Sovereignty Restoration Act of 2003: Two Years On, Testimony Before the House of Representatives Committee on International Relations Subcommittee on the Middle East and Central Asia, June 7, 2006.

*Scholarly Articles and Op-eds*

"How the United States Should Help Protect Jordan from the Chaos Next Door," *Lawfare/Brookings*, February 22, 2017.

"Lebanon: The Syrian War's Next Casualty?" *American Interest*, December 10, 2015.

"America's Least-Known Mideast Military Force," *Politico*, November 1, 2015.

"Putin and the Shiite 'Axis of Resistance'," *The Hill*, October 7, 2015.

"Syria's Good Neighbors: How Jordan and Lebanon Sheltered Millions of Refugees," *Foreign Affairs*, September 28, 2015.

"Hezbollah's Growing Domestic Woes," *National Interest*, July 21, 2015.

"Why a Houthi Leader Is Buried in Hezbollah's Cemetery," *Weekly Standard*, April 24, 2015

"Syria Cheats," *WeeklyStandard.com*, January 30, 2014.

"Linking the Syrian Conflict to the Iranian Nuclear Agreement," *WeeklyStandard.com*, December 13, 2013.

"Forget the Red Line and Engage in Syria," *New York Daily News*, August 25, 2013.

"US and EU Must Arm the Syrian Rebels or Watch Assad Destabilize the Region," *The Guardian*, May 30, 2013.

"Israel's Next Front: Syria," *Tablet Magazine*, March 14, 2013.

"The New Arabists," *Commentary Magazine*, November 2012.

"Syria and the Next U.S. Administration," *Al Hayat*, November 1, 2012

"Hezbollah under Pressure," *WeeklyStandard.com*, October 23, 2012.

"Hezbollah's Karma in Syria," *WeeklyStandard.com*, August 10, 2012.

"What The Tlass Defection Means to Assad," *New York Daily News*, July 6, 2012.

"Kofi Annan's Plan is Destined to Fail," *CNN.com*, March 28, 2012.

"The Free Syria Army vs. The Syrian National Council—Which Should We Support?" *New Republic Online*, March 31, 2012.

"Arm the Free Syria Army Now," *WeeklyStandard.com*, March 8, 2012.

"Arab Spring or Islamist Winter," *World Affairs Journal*, January/February 2012.

"Bashar Assad in the Balance," *Los Angeles Times*, December 14, 2011.

"How to Explain the Arab League's Shocking Decision on Syria," *New Republic Online*, December 1, 2011.

"A Fighting Chance: Why Obama's Support For Syria's Non-Violent Protests Isn't Enough," *New Republic Online*, October 25, 2011.

"Five Things Obama Can (and Should) Do to Topple Assad," *New Republic Online*, August 20, 2011.

"Is the U.S. Ambassador to Syria Being Unfairly Blamed for the Administration's Bad Policy?" *New Republic Online*, August 4, 2011.

"Over the Wall: A Tale of Two Embassies," *WeeklyStandard.com*, July 20, 2011.

"Why Hezbollah Had a Really Bad Week," *New Republic Online*, July 1, 2011.

"Turkey's Shift on Syria Gives West Room to Get Tougher on Assad," *Christian Science Monitor*, June 9, 2011.

"Damascus on Trial," *Middle East Quarterly*, Spring 2011.

"Step Assad," *New Republic Online*, April 9, 2011.

"The Women of Hezbollah," *The New Republic*, August 9, 2010.

"Passing of Shiite Cleric Fadlallah Spells Trouble for Lebanon," *Christian Science Monitor*, July 9, 2010.

"Road From Damascus: Lebanon Hangs Suspended between Past and Present," *The Weekly Standard*, May 31, 2010.

"Is the US Wiser to Syrian Provocation?" *Beirut Daily Star*, May 11, 2010.

"Is Israel Facing War with Hizballah and Syria?" *Jerusalem Center for Public Affairs*, April 6, 2010.

"Hezbollah's Penance: The Shiite Militia Works to Rebuild its Tarnished Image," *The Daily Standard*, March 5, 2010.

"Who's Behind the Houthis?" *The Weekly Standard*, February 22, 2010.

"US Stepping Up Engagement with Syria," *Los Angeles Times*, February 19, 2010.

"Defending Lebanon or Israel?" *Forbes.com*, January 7, 2010.

"The Murdered Fathers Club," *The Weekly Standard*, December 19, 2009.

"Syria and Turkey: Walking Arm in Arm Down the Same Road?" *Jerusalem Center for Public Affairs*, December 2009.

"Who Decides on the Levant in Washington?" *Beirut Daily Star*, October 6, 2009.

"What Next for Syria?" *Bitter Lemons International*, September 10, 2009.

"Syria and Hizballah After the Lebanese Elections," *Jerusalem Center for Public Affairs*, July 2009.

"Now Comes the Hard Part," *The Weekly Standard*, June 22, 2009.

"The Pharaoh Strikes Back: Egypt vs. Hezbollah," *The Weekly Standard*, May 11, 2009.

"The Obama Administration Reaches Out to Syria: Implications for Israel," *Jerusalem Center for Public Affairs*, March 18, 2009.

"Opposition in Syria Dying with a Dissident," *The Los Angeles Times*, March 10, 2009.

"Decoupling Syria from Iran: Constraints on U.S.-Syrian Rapprochement," *Jerusalem Center for Public Affairs*, December 2008.

"Duplicity in Damascus," *The Daily Standard*, October 31, 2008

"The Hidden Imam," *The New Republic*, September 24, 2008.

"Syria: Between Negotiations with Israel and the Iranian Axis," *Jerusalem Center for Public Affairs*, May 2008.

"Silencing the Opposition," *The Daily Standard*, February 13, 2008.

"Syria's Role in Regional Destabilization: An American View," *Jerusalem Center for Public Affairs*, October 2007.

"Bashar's Bad Judgment," *The Daily Standard*, September 19, 2007.

"Why Syrian Elections Matter," *The Daily Standard*, April 20, 2007.

"Give Abboud the Boot: Why Does Syria Need Two Ambassadors in Washington?" *The Weekly*

*Standard*, March 12, 2007.

"If You Must Engage Syria, Do It the Lantos Way," *San Francisco Chronicle*, January 18, 2007.

"Pricey Cedar Politics," *National Review Online*, November 27, 2006.

"Shiites Against Hezbollah," *The Weekly Standard*, November 17, 2006.

"Hizbollah's New Mission," *The Daily Standard*, September 29, 2006.

"Syria's Answer," *National Review Online*, August 31, 2006.

"Been There Done That," *The Weekly Standard*, August 14, 2006.

"Laying Out the Qana Calculation: Disarming Hizbollah Prevents More Crises," *Chicago Tribune*, August 2, 2006.

"Assad State of Affairs: Syria's Dictatorship Survives to Fight Another Day," *The Weekly Standard*, June 12, 2006.

"Putting the Squeeze on Syria," *The Baltimore Sun*, May 5, 2006.

*Washington Institute for Near East Policy PolicyWatch/PeaceWatch Series*

PolicyWatch

"The Ceasefire and U.S. Interests on the Jordan-Syria Border," (with Hanin Ghaddar), July 17, 2017.

"A Safe Zone in Southern Syria: Jordan's Role," February 27, 2017.

"A New President for Lebanon," October 31, 2016.

"Lebanon's Embattled Sunnis Need Support," October 13, 2016.

"Targeting Hezbollah's Home-Front Finances," (with Katherine Bauer), July 5, 2016.

"A Safe Zone in Southern Syria," March 8, 2016.

"Saudi Arabia Rethinks Its Commitments to Lebanon," February 25, 2016.

"A New President for Lebanon?" December 4, 2015.

"Hezbollah's Victory in Qalamoun: Winning the Battle, Losing the War," (with Oula Alrifai), May 20, 2015.

"Lebanon Continues to Muddle Through," April 13, 2015

"Hezbollah's Limited Options After Israeli Strike," January 23, 2015.

"Trials and Tribulations in Lebanon," January 23, 2014.

"Violence and Political Rifts on the Rise in Lebanon," July 15, 2013.

"Sworn Frenemies: Sunni-Shiite Conflict and Cooperation," May 30, 2013.

"UN Peacekeepers on the Golan at Risk," (with Michael Herzog), March 11, 2013.

"Lebanon and the Spillover from Syria," February 4, 2013.

"Jordan Bracing for More Spillover from Syria," February 1, 2013.

"Syria's Instability Reaches Lebanon," December 20, 2012.

"Spillover from Syria Endangers Lebanon," with Andrew Tabler, August 21, 2012.

"Preserving UN Peacekeeping in the Levant," June 6, 2012.

"To Retaliate or Not: Hizballah's Calculus Following a Strike on Iran," March 14, 2012.

"Indicting a Syrian American: Diplomatic Implications," October 13, 2011.

"In Search of Leverage with Syria," (with Andrew Tabler), June 14, 2011.

"Syria Teeters on the Edge," (with Andrew Tabler), April 14, 2011.

"Hizballah Challenges Lebanon's Prime Minister Hariri -- and President Obama," (with Matthew Levitt), January 13, 2011.

"Arming Hizballah? US Military Assistance to Lebanon," August 19, 2010.

"Brushfire or Spark?: Incident on the Israel-Lebanon Border," (with Andrew Tabler), August 4, 2010.

"Hizballah's Coalition Partner Meets President Obama," May 21, 2010.

"Beirut Spring: The Hariri Tribunal Goes Hunting for Hizbollah," March 30, 2010.

"Dinner in Damascus: What did Iran Ask of Hizbollah?" (with Matt Levitt), March 2, 2010.

"Sulaiman Meets Obama as Washington's Lebanese Allies Face Crisis at Home," December 9, 2009.

"Lebanon: Back to Square One?" September 21, 2009.

"Summer Heats Up in Lebanon," July 27, 2009.

"Lebanon Goes to the Polls: Last Minute Surprises and Long-term Implications," June 3, 2009.

"Harmonious Discord Likely at Doha Arab Summit," March 27, 2009.

"High Stakes, High Anxiety: Campaigning in Lebanon," March 12, 2009.

"Washington Balances Syrian Engagement with Commitment to Lebanese Allies," February 24, 2009.

"Hizballah Will Defend Iran -- Not Palestinians," December 30, 2008.

"The EU and Syria Move Closer, December 11, 2008.

"Syria's Reactor: Can the IAEA Act Effectively?" (with Patrick Clawson), November 21, 2008.

"The Future of US Military Aid to Lebanon," October 3, 2008.

"Stability in Lebanon Threatened, Again," October 2, 2008.

"Can Lebanon's March 14 Reverse the Tide?" July 23, 2008.

"Lebanese Crisis Ends: Hizballah Victory or Temporary Truce?" May 21, 2008.

"Showdown Between Hizballah and Beirut," May 9, 2008.

"The Damascus Arab Summit: Arab Divisions Ensure Modest Achievements," March 27, 2008.

"Beyond Rhetoric: Hizballah Threats after the Mughniyeh Assassination," February 28, 2008.

"Who Was Imad Mughniyyeh," (with Mathew Levitt), February 14, 2008.

"Setbacks in Arab League Mediation on Lebanon," January 31, 2008.

"Presidential Elections in Lebanon: Consensus or Conflagration?" November 1, 2007.

"Losing Traction Against Syria," September 21, 2007.

"Syria's Export of Terrorism to Lebanon: Threat and Response," June 14, 2007.

"Saudi-Iranian Mediation on Hizballah: Will a Lebanon Deal Come at Syria's Expense?" February 26, 2007.

"Is Lebanon Headed Toward Another Civil War?" (with Andrew Exum), January 25, 2007.

"Lebanon Goes to Paris III: High Stakes in France and Beirut," January 24, 2007.

"Crisis in Lebanon: Hizballah, Siniora, and Arab League Mediation," December 18, 2006.

"Reconstructing Lebanon: Short and Longer-Term Challenges," September 12, 2006.

"Syria's Role in the War in Lebanon," with Michael Eisenstadt, August 8, 2006.

"Ceasefire Options for Implementing UNSCR 1559," July 24, 2006.

"Syria, Hamas, and the Gaza Crisis," July 10, 2006.

"One Year After the Cedar Revolution: The Potential for Sunni-Shiite Conflict in Lebanon," June 20, 2006.

"Taking Aim at Syria and Hizballah: Walid Jumblatt's Brave Stance," May 11, 2006.

"Lebanese National Dialogue: Avoiding the Hard Questions," March 24, 2006.

"The State Department's 1999 Terrorism Report: Issues to Watch," April 26, 2000.

PeaceWatch

"The State Department's Annual Terrorism Report: Politics as Usual," May 1, 2001.

"The Draft Communiqué of the Arab Summit," October 20, 2000.

"Removing Syria from the List of State Sponsors of Terrorism: Between Peace and Counterterrorism," January 5, 2000.

## APPENDIX B

**List of Cases Where David Schenker has Testified and/or Been Admitted as an Expert in his Field.**

Testimony Before the House of Representatives Committee on International Relations Subcommittee on the Middle East and Central Asia regarding Syria, June 7, 2006.

Nawal Haj Khalil Anmar el Hassen and Acil el Hassen by Her Litigation Gaurdian, Nawal Haj Khalil (Plaintiffs) v. Her Majesty the Queen. (Federal Court, Ontario, Canada), 2007.

Francis Gates, et. al., (Plaintiffs) v. Syrian Arab Republic, et al, (Defendants), Civil Action No. 06-1500 (RMC), 2008.

Nadira Thuneibat, et. al., (Plaintiffs) v. Syrian Arab Republic, et. al., (Defendants), Civil Action No. 1:12-cv-00020 (BAH), 2015.  (Expert Report Submitted)