# EXHIBIT B

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes les autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

PASSPORT

Type / Type: P
Code of issuing country / Code du pays: USA
PASSPORT NO / NO DU PASSEPORT: 701135177

Surname / Nom: **LELCHOOK**
Given names / Prénoms: **DAVID MARTIN**
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 08 NOV/NOV 54
Sex / Sexe: M
Place of birth / Lieu de naissance: MASSACHUSETTS, USA
Date of issue / Date de délivrance: 03 NOV/NOV 97
Date of expiry / Date d'expiration: 02 NOV/NOV 07
Authority / Autorité: U.S. EMBASSY TEL AVIV, ISRAEL
Amendments/Modifications: SEE PAGE 24

P<USALELCHOOK<<DAVID<MARTIN<<<<<<<<<<<<<<<<<<
7011351776USA5411083M0711021<<<<<<<<<<<<<<<<02

קווק דוד מרטין — עצור

אני מבקש לעכב את מתן הדרכון

קרן אפריים אלון ערד

תודה (וזוז) בקוף

גילה בדן,

0523551963                    חיים גלנץ