# EXHIBIT C

hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

_____
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**



PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 710316040

Surname / Nom / Apellidos
**LELCHOOK**

Given names / Prénoms / Nombres
**MICHAL**

Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA

Date of birth / Date de naissance / Fecha de nacimiento
**23 Feb 1983**

Sex / Sexe / Sexo: F
Place of birth / Lieu de naissance / Lugar de nacimiento
**ISRAEL**

Date of issue / Date de délivrance / Fecha de expedición
**10 Sep 2003**

Authority / Autorité / Autoridad
**National Passport Center**

Date of expiration / Date d' expiration / Fecha de caducidad
**09 Sep 2013**

Amendments / Modifications / Enmiendas
**See Page 24**

```
P<USALELCHOOK<<MICHAL<<<<<<<<<<<<<<<<<<<<<<
7103160404USA8302238F1309098<<<<<<<<<<<<<08
```