# EXHIBIT D

*The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.*

*Le Secrétaire d'Etat
des Etats-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

**NOT VALID UNTIL SIGNED**

# UNITED STATES OF AMERICA



PASSPORT
PASSEPORT

Type/Caté-gorie **P**

Code of issuing / code du pays
State / émetteur **USA**

PASSPORT NO./NO. DU PASSEPORT
**701618072**

Surname / Nom
**LELCHOOK**

Given names / Prénoms
**YAEL**

Nationality / Nationalité
**UNITED STATES OF AMERICA**

Date of birth / Date de naissance
**18 NOV/NOV 80**

Sex / Sexe **F**

Place of birth / Lieu de naissance
**ISRAEL**

Date of issue / Date de délivrance
**20 JUL/JUI 99**

Date of expiration / Date d'expiration
**19 JUL/JUI 09**

Authority / Autorité
**U.S. Embassy**

**TEL AVIV, ISRAEL**

Amendments/
Modifications
SEE PAGE
**24**

P<USALELCHOOK<<YAEL<<<<<<<<<<<<<<<<<<<<<<<<<<<
7016180726USA8011185F0907198<<<<<<<<<<<<<<<6