**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LELCHOOK, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-01550 (RC)(RMM) |
| | ) | |
| SYRIAN ARAB REPUBLIC | ) | |
| | ) | |
| Defendant. | ) | |

**Notice of Supplemental Filing of Evidence in Support of Plaintiffs' Motion for Default Judgment as to Liability**

The Court will please take Notice that on December 15, 2017 Plaintiffs' filed a Motion for Default Judgment as to the liability of the Syrian Arab Republic for the damages caused to the Plaintiffs in the above referenced action. No Opposition has been filed.

In Plaintiffs' Memorandum in Support of their Motion for Default Judgment at FN 3, Plaintiffs indicated that they would be filing in a supplemental pleading the passports and/or birth certificates of Alexander Lelchook and Doris Lelchook.

Plaintiffs, Alexander Lelchook and Doris Lelchook have now obtained copies of their birth certificates, and accordingly attach copies for the Court as Exhibit A and B respectively hereto.

Plaintiffs' request the Court incorporate by reference these additional exhibits into the pending Motion for Default Judgment, and accept them as further support for said Motion.

Dated: March 26, 2018                                  Respectively submitted,

                                                      HEIDEMAN NUDELMAN & KALIK, PC
                                                      1146 19th Street, NW, 5th Floor
                                                      Washington, DC 20036
                                                      Telephone: 202-463-1818
                                                      Telefax: 202-463-2999

                                                      By: */s/ Tracy Reichman Kalik*
                                                           Richard D. Heideman (No. 377462)
                                                           Noel J. Nudelman (No. 449969)
                                                           Tracy Reichman Kalik (No. 462055)