# EXHIBIT A

# CERTIFICATE OF BIRTH

Dist. No. **3301** (To be inserted by registrar)
Registered No. **4499**

**1. PLACE OF BIRTH: STATE OF NEW YORK**
- a. COUNTY: Onondaga
- b. TOWN:
- c. CITY OR VILLAGE: Syracuse
- d. NAME OF HOSPITAL OR INSTITUTION (If not in hospital or institution, give street address or location): 532 Bryant Ave.

**2. USUAL RESIDENCE OF MOTHER**
- a. STATE: New York
- b. COUNTY: Onondaga
- c. TOWN:
- d. CITY OR VILLAGE: Syracuse — Is residence within its corporate limits? YES ☒ NO ☐
- e. STREET ADDRESS: 532 Bryant Ave.

**3. CHILD'S NAME:** Alexander Keith Lelchook

**4. SEX:** Male
**5a. THIS BIRTH:** SINGLE ☒ TWIN ☐ TRIPLET ☐
**5b. IF TWIN OR TRIPLET:** 1ST ☐ 2ND ☐ 3RD ☐
**6. DATE OF BIRTH:** July 9, 1951

## FATHER OF CHILD

**7. FULL NAME:** Sidney Lelchook
**8. COLOR OR RACE:** White
**9. AGE:** 32 YEARS
**10. BIRTHPLACE:** Lynn, Mass.
**11a. USUAL OCCUPATION:** Drafts Man
**11b. KIND OF BUSINESS OR INDUSTRY:** Lamson Corp.

## MOTHER OF CHILD

**12. FULL MAIDEN NAME:** Doris Eleanor Klein
**13. COLOR OR RACE:** White
**14. AGE:** 27 YEARS
**15. BIRTHPLACE:** New York, N.Y.
**16. CHILDREN PREVIOUSLY BORN TO THIS MOTHER** (Do not include this child)
- a. How many OTHER children are now living? 1
- b. How many OTHER children were born alive but are now dead? 0
- c. How many children were stillborn (born dead after 20 weeks pregnancy)? 0

**17. LENGTH OF PREGNANCY:** 38 WEEKS
**18. WEIGHT OF CHILD AT BIRTH:** 6 LBS 15 OZS
**19a. WAS THE BLOOD OF THIS CHILD'S MOTHER TESTED FOR SYPHILIS:** During pregnancy? YES ☒ NO ☐  At delivery? YES ☐ NO ☒
**19b. DATE TEST MADE:** Dec. 1950
**19c. IF NO TEST STATE REASON THEREFOR:**

**20a. WHAT PREVENTIVE FOR OPHTHALMIA NEONATORUM DID YOU USE?** AgNO₃ 1%
**20b. IF NONE, STATE THE REASON THEREFOR:**

**21. MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE:** 532 Bryant Ave., Syracuse, N.Y.

I hereby certify that I attended the birth of this child who was born alive on the date stated above at 7:30 a.m.

**22a. SIGNATURE OF ATTENDANT:** [signature] M.D. ☒ MIDWIFE ☐ OTHER ☐
**22b. ADDRESS:** 778 E. Jefferson St.
**22c. DATE SIGNED:** July 13, 1951

**23. DATE FILED BY LOCAL [REGISTRAR]:** JUL 16 1951
**24. REGISTRAR'S SIGNATURE:** [signature]
**25. GIVEN NAME ADDED:** 19___