# EXHIBIT B

**Bureau of Records and Statistics**          **Department of Health**          **The City of New York**

# CERTIFICATION OF BIRTH

THIS IS TO CERTIFY that _Doris Eleanor Klein_

Sex _Female_ was born in the City of New York on _January 3, 1924_

according to Birth Record No. _380_ filed in the Bronx

Office of this Bureau on _January 9, 1924_

In witness whereof, the seal of the Department of Health of the City of New York has been affixed hereto this _25_ day of _September_ 19 _69_

_Louis Weiner_

Director of Bureau

_Dorothy A. Adams_

**Borough Registrar**

**X   66748**

**Warning:** This certification is not valid if it does not bear the raised seal of the Department of Health. The reproduction or alteration of this certification is prohibited by Section 3.21 of the New York City Health Code.

BH-20M-701261(68)   346