**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| LELCHOOK, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 16-01550 (RC)(RMM) |
| SYRIAN ARAB REPUBLIC | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE**
**SUPPLEMENTAL SUPPORT**

COME NOW the Plaintiffs, by and through their undersigned counsel, and respectfully move the Court for an extension of time to file the requested supplemental support requested in the Court's Minute Order dated September 17, 2018.

1. In the Minute Order, Magistrate Judge Meriweather requested that Plaintiffs file supplemental pleadings which address "(1) whether and how each plaintiff who pursues a claim for Intentional Infliction of Emotional Distress ("IIED") has suffered "severe emotional distress" as a result of David Lelchook's death; (2) whether each plaintiff who pursues an IIED claim is an "immediate family member" of David Lelchook; and (3) whether Ester Lelchook pursues any claim(s) in her individual capacity, as distinct from her status as a representative of the estate of David Lelchook, and if so, which claim(s) does she bring in that capacity and what legal authority permits her to raise such claims in this Court" and also requested that the Plaintiffs clarify the discrepancy in the translation of the spelling of the name of Ester (Esther) Lelchook.

2. Magistrate Meriweather ordered that the supplemental information be filed on or before October 2, 2018.

3. Although the Plaintiffs' pending motion only seeks entry of liability at this stage and not damages[1], the information which Magistrate Meriweather has requested, and more particularly the evidence to demonstrate that the immediate family members of David Lelchook, (Michal Lelchook – his daughter, Yael Lelchook-his daughter, Doris Lelchook-his mother and Alexander Lelchook-his brother,) have suffered emotional distress damages sufficient to establish an award for solatium damages pursuant to 28 U.S.C. §1605A(c) is uniquely located with the Plaintiffs.

4. Plaintiffs anticipate submitting declarations which will verify that Michal Lelchook and Yael Lelchook are the daughters of David Lelchook, Doris Lelchook is the mother of David Lelchook, and that Alexander Lelchook is the brother of David Lelchook. Michal and Yael Lelchook currently reside in Israel. In addition, their mother, Esther Lelchook, who is not a Plaintiff in her own capacity, but only as the legal heir and representative of the Estate of David Lelchook, also resides in Israel.

5. Because of the Jewish holiday of Sukkot which begins on September 23, 2018 and will not conclude until October 1, 2018, certain information which the Court has requested will not be able to be obtained for submission to the Court prior to October 2, 2018 as the Court ordered.[2]

---

[1] On December 15 2017, Plaintiffs filed a Motion for Default Judgment as to Liability and stated in its Motion that upon finding Syria liable, Plaintiffs would submit their evidence to the Court to assess the individual Plaintiffs' damages and enter final judgment for Plaintiffs' damages.

[2] Moreover, the Jewish Holiday of Yom Kippur which commenced in the evening of Tuesday September 18th concluded last night September 19th at approximately 8:00pm.

6. Accordingly, Plaintiffs request an additional 45 days, or until November 15, 2018 to respond to the Court's inquiries and file supplemental information with the Court.

Dated: September 20, 2018                  Respectfully submitted,

                                              HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By: */s/ Tracy Reichman Kalik*
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)