IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LELCHOOK, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 16-01550 (RC)(RMM) |
| SYRIAN ARAB REPUBLIC ) | |
| Defendant. ) | |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AS TO LIABILITY**

COME NOW the Plaintiffs, by and through their undersigned counsel, file this Supplemental Memorandum to provide the requested information as reflected in the Court's Minute Order dated September 17, 2018.

In the Minute Order, Magistrate Judge Meriweather requested that Plaintiffs file a supplemental memorandum which addresses, "(1) whether and how each plaintiff who pursues a claim for Intentional Infliction of Emotional Distress ("IIED") has suffered "severe emotional distress" as a result of David Lelchook's death; (2) whether each plaintiff who pursues an IIED claim is an "immediate family member" of David Lelchook; and (3) whether Ester Lelchook pursues any claim(s) in her individual capacity, as distinct from her status as a representative of the estate of David Lelchook, and if so, which claim(s) does she bring in that capacity and what legal authority permits her to raise such claims in this Court" and also requested that the Plaintiffs clarify the discrepancy in the translation of the spelling of the name of Ester (Esther) Lelchook. Plaintiffs provide the following information in response to the Court's inquiries.

1. EACH OF THE PLAINTIFFS WHO PURSUE A CLAIM FOR EMOTIONAL DISTRESS DAMAGES HAVE SUFFERED "SEVERE EMOTIONAL DISTRESS" AS A RESULT OF THE MURDER OF DAVID LELCHOOK.

The Plaintiffs in this case who are pursuing a claim for their personal injuries, namely, (a) Michal Lelchook, daughter of David Lelchook, (b) Yael Lelchook, daughter of David Lelchook, (c) Doris Lelchook, mother of David Lelchook and (d) Alexander Lelchook, brother of Alexander Lelchook, each have suffered severe emotional distress which entitles them to bring a claim for their solatium damages pursuant to 28 U.S.C. §1605A(c). As described more particularly in the Declarations attached hereto, each of them has experienced extreme emotional trauma which resulted from their father, son and brother's death. [1]

Specifically, Plaintiff Michal Lelchook states that when she learned of the murder of her father, she experienced, "extraordinary grief, mental anguish, and emotional distress" and that these injuries continue to affect her to this day. *See* Dec. of Michal Lelchook, ¶4, attached hereto as Ex. G. Michal states that she tried to receive mental health counseling from a psychiatrist, Dr. Esther Rhodes Avraham, but that she was unable to continue with therapy because it was, "difficult for me to discuss the details of my father's death." Ex. G, ¶5. As a result of her father's death and the extreme mental anguish she continues to suffer, she has found it difficult to engage in everyday activities. *Id*. She has, "been unable pursue a career" and "had difficulty holding down employment". *Id.* She has suffered from extreme anger, and as a result, the "extreme distress and anger has made it difficult at times for me to carry out the daily functions of my life". *Id*.

---

[1] The current motion before the Court, Plaintiffs' Motion for Default Judgment as to Liability (D.E.17), requests the Court find the Defendants liable for Plaintiffs injuries. Upon the finding of liability, Plaintiffs have requested to submit their evidence of damages. The Declarations submitted by the Plaintiffs herein are not exhaustive of the evidence of their damages that they suffered as a result of the death of David Lelchook.

Similarly, Plaintiff Yael Lelchook states, "[f]ollowing my father's murder, I needed and received mental health counseling   I was in therapy with a psychiatrist, Dr. Esther Rhodes Avraham for 3.5 years." *See* Dec. of Yael Lelchook, ¶ 5, attached hereto as Ex. H.  She goes on to state, "[t]he death of my father caused me to feel very withdrawn and alone"…that she experiences feelings of "guilt, and rage for the destruction this terror attack caused on my family". Ex. H, ¶6. Yael also states that she finds herself "relapsing into periods of despair". *Id*.

David Lelchook's mother, Plaintiff Doris Lelchook, has also suffered extreme emotional distress.  In her Declaration, Mrs. Lelchook describes the extreme emotional toll her son's murder has taken on her.  Specifically, Mrs. Lelchook states that she, "needed and received mental health counseling following my son's murder". *See* Dec. of Doris Lelchook, ¶ 6, attached hereto as Ex. I.  She explains that the extreme distress has made it, "difficult at times for me to carry out the daily functions of my life". Ex. I, ¶7.  She has suffered weight changes, anxiety and overwhelming sadness. *Id.*

Finally, Plaintiff Alexander Lelchook, David's Lelchook's brother did and continues to suffer from extreme emotional distress.  Alexander explains that since his brother's murder he has felt a void and emptiness. *See* Dec. of Alexander Lelchook, ¶ 6, attached hereto as Ex. J.  He has experienced stress because he has been able to help his niece, Michal, who has withdrawn from the family because she has been unable to overcome the sadness resulting from her father's death. *Id.* This has caused him to feel an overwhelming sadness, because he is unable to "help maintain the unity of our family, which I feel is part of a responsibility that I have as David's older brother." *Id.* Following his brother's death, Alexander experienced sleepless nights and has changed the way he interacts with those around him, particularly when there are discussions about their families

in Israel. Ex.J, ¶7. Holidays such as Thanksgiving and Passover are now difficult to enjoy, and continue to create sadness for Alexander and his family. Ex.J, ¶8.

## 2. EACH PLAINTIFF WHO IS PURSUING A CLAIM FOR EMOTIONAL DISTRESS DAMAGES IS AN "IMMEDIATE FAMILY MEMBER" OF DAVID LELCHOOK.

The Plaintiffs who are pursuing a claim for their emotional distress damages, Michal Lelchook, Yael Lelchook, Doris Lelchook, and Alexander Lelchook, are the immediate family members of David Lelchook. Michal Lelchook is the daughter of David Lelchook. Ex. G, ¶¶ 3,7. Yael Lelchook is also the daughter of David Lelchook. Ex. H, ¶¶ 3,8. Doris Lelchook is the mother of David Lelchook. Ex. I, ¶¶ 3,4. Alexander Lelchook is the brother of David Lelchook. Ex. J., ¶¶ 3,4.

## 3. ESTER[2] LELCHOOK IS NOT A PLAINTIFF IN HER OWN CAPACITY, BUT ONLY AS THE LEGAL HEIR AND REPRESENTATIVE OF THE ESTATE OF DAVID LELCHOOK.

Ester Lelchook is before this Court in her capacity as the legal representative of David Lelchook. *See* Dec. of Estera Lelchook, ¶9, attached hereto as Ex. K. Although Ester is not a United States national, because David Lelchook was a United States national, Ester Lelchook meets the requirement of 28 U.S.C. §1605A(c)(4) and is able to bring a private right of action as the legal representative of David Lelchook. As more fully described in Plaintiffs' Motion for Default Judgment as to Liability, D.E. 17-1 at 9-10, and in accordance with the expert Declaration of Ovadia Gabbay submitted by Plaintiffs and attached thereto as Ex. F, Ester Lelchook may serve as the personal representative of David Lelchook and may sue in the District of Columbia in her representative capacity for David Lelchook's economic damages, pain and suffering and punitive damages. D.C. Code §20-342; 28 U.S.C. §1605A(c).

---

[2] Ester Lelchook, a/k/a Estera Lelchook and Esther Lelchook, see *infra*, Section 4.

4. <u>THE DISCRIPENACY IN THE ENGLISH SPELLING OF THE NAME ESTER (ESTHER) LELCHOOK IS A RESULT OF TRANSLATION OF MRS. LELCHOOK'S NAME FROM HEBREW TO ENGLISH</u>.

Finally, the Court asked the Plaintiffs to clarify the discrepancy in the English spelling of Ester Lelchook's name. As explained by Michael Kramskiy, the owner of Your Words America and Your Words Ltd. ("Your Words"), Your Words is an experienced translation service which regularly translates original Hebrew documents into English. *See* Dec. of Michael Kramskiy, ¶3, attached hereto as Ex. L. During his experience at Your Words, Mr. Kramiskiy, "experienced various intricacies as it relates to the translations of names from and to different languages. This experience includes documents that Your Words translated from Hebrew to English in the matter *Lelchook, et al. v. Syrian Arab Republic, Civil Action No. 1:16-cv-01550* ("Lelchook Case")." Ex. L, ¶5. Mr. Kramiskiy explains that, "[i]n the *Lelchook* Case, we encountered this intricacy with the name of the wife of the decedent, David Martin Lelchook. The wife's name, which is reflected as Estera Lelchook on her Israeli Passport, can be translated from Hebrew: אסתר to both Esther and Ester in English." Ex. L, ¶6. It is his opinion that "the English spellings of Ester and Esther in the *Lelchook* Case all refer to the same person, the wife of David Martin Lelchook"….and that any "discrepancies in the spelling of Mrs. Lelchook's first name, are a result of the difficulties in providing a consistent English spelling for Mrs. Lelchook's Hebrew name, אסתר." Ex. L, ¶7. Estera Lelchook also confirms in her Declaration that, her name, which is reflected as Estera in her Israeli Passport can be translated from אסתר to both Esther and Ester in English. Ex. K., ¶3. In short, Esther Lelchook, Estra Lelchook and Ester Lelchook are one and the same person.

WHEREFORE, for the reasons set forth in Plaintiffs' Motion for Default Judgment as to Liability (D.E.17) and supplemental filings in further support thereof, Plaintiffs request that the Court enter judgment as to liability against Syria, on behalf of each and all of the Plaintiffs, finding

that Syria's material support for Hezbollah proximately caused the acts of terrorism that resulted in David Lelchook's murder.  Plaintiffs further request that upon finding Syria liable, this Court permit the Plaintiffs to submit evidence so that the Court may assess the individual Plaintiffs' damages and enter final judgment as to their damages.

Dated: November 13, 2018					Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By: */s/ Tracy Reichman Kalik*
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)