**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LELCHOOK, et al.

          Plaintiffs,

    v.

SYRIAN ARAB REPUBLIC

          Defendant.

Civil Action No. 16-01550 (RC)(RMM)

**PLAINTIFF'S MOTION TO SUBSTITUTE ALEXANDER LELCHOOK, AS THE EXECUTOR OF THE ESTATE OF DORIS LELCHOOK, FOR  PLAINTIFF DORIS LELCHOOK**

COME NOW Plaintiff Alexander Lelchook, by and through the undersigned counsel, and hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 25(a) to substitute Alexander Lelchook, as the Executor of the Estate of Doris Lelchook, as Plaintiff in place of the late Doris Lelchook, individually.  In support of this motion, Plaintiff states the following:

1.  On December 5, 2018, Doris Lelchook, a Plaintiff in her individual capacity in the above referenced action, passed away in Arlington, Virginia.  A copy of her Certificate of Death is attached hereto as Exhibit A.

2.  On January 30, 2019, the Circuit Court of Arlington County, Virginia issued Letters Testamentary appointing Alexander Lelchook as Executor of the Estate of the late Doris Lelchook.  A copy of the Letters Testamentary is attached hereto as Exhibit B.

3.  Alexander Lelchook is the son of the late Doris Lelchook.  He is also a Plaintiff in this matter in his own individual capacity, as he is the brother of the decedent David Martin Lelchook, who was murdered by terrorist, which is the basis for this action.

4. Pursuant to Fed.R.Civ. P 25(a), if a party dies, the Court may order the substitution of the party with the decedent's representative.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully requests that the Court substitute Alexander Lelchook, as Executor of the Estate of the Doris Lelchook, as Plaintiff in place of the late Doris Lelchook.

Dated: February 20, 2019

Respectfully submitted,

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street, NW, 5th Floor
Washington, DC 20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By: */s/ Tracy Reichman Kalik*
    Richard D. Heideman (No. 377462)
    Noel J. Nudelman (No. 449969)
    Tracy Reichman Kalik (No. 462055)