**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LELCHOOK, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SYRIAN ARAB REPUBLIC )<br>)<br>Defendant. ) | Civil Action No. 16-01550 (RC)((RMM) |

**PLAINTIFFS' PROPOSAL FOR FURTHER PROCEEDINGS**

COME NOW the Plaintiffs, by and through counsel, and in accordance with this Court's March 25, 2019 Minute Order submit their proposal for further proceedings before this Court.

On March 25, 2019 this Court entered default judgment as to the liability of the Syrian Arab Republic for the wrongful death claim of the Estate of David Lelchook, and the IIED claims of Doris Lelchook[1], Alexander Lelchook, Michal Lelchook and Yael Lelchook. The Court must now assess the value of Plaintiffs' damages.

Plaintiffs propose that they be permitted to submit evidence to support their claims for damages by declarations. It is well established that a Plaintiff may demonstrate their proof by declaration. *Weinstein v. Islamic Republic of Iran*, 184 F. Supp. 2d 13, 19 (D.D.C. 2002). Plaintiffs anticipate submitting their own declarations as well as expert declarations which address the emotional trauma they suffered as a result of the murder of David Lelchook. In

---

[1] On March 25, 2019, the Court also granted Plaintiffs' Motion to substitute Alexander Lelchook as the representative of the Estate of Doris Lelchook.

addition, the Plaintiffs anticipate that they will also submit economic data showing the lost earnings which David Lelchook suffered, and which his estate has lost as a result his death.

Plaintiffs request until July 15, 2019 to submit this evidence to the Court.  Much of the material that Plaintiffs anticipate submitting is located in Israel and will require additional time to gather and prepare.  Moreover, Esther Lelchook, David Lelchook's surviving wife, and his surviving daughters, Michal Lelchook and Yael Lelchook, all reside in Israel. Should the Court, however, prefer that Plaintiffs appear before the Court in person, telephonically or by video-link, Plaintiffs would expect that two court days would be necessary for Plaintiffs to present their full damages evidence to the Court.

Accordingly, for the reasons set forth above, Plaintiffs request that the Court permit the Plaintiffs to submit their damages evidence by declarations and other appropriate means and the Court permit Plaintiffs to submit said evidence to the Court on or before July 15, 2019.

Dated: April 8, 2019

Respectfully submitted,

HEIDEMAN NUDELMAN
& KALIK, P.C.
1146 19th Street, N.W., 5th Floor
Washington, DC 20036
Telephone:  202-463-1818
Telefax:  202-463-2999

By: _/s/Richard D. Heideman_____
   _/s/ Tracy Reichman Kalik_____
Richard D. Heideman (No. 377462)
Noel J. Nudelman (No. 449969)
Tracy Reichman Kalik (No. 462055)