UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lelchook, et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No.: 16-01550 (RC-RMM) <br> ) |
| Syrian Arab Republic | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

## DECLARATION OF YAEL LELCHOOK GALILI

Comes now the Declarant, Yael Lelchook Galili, and in accordance with 28 U.S.C. §1746 hereby swears and affirms as follows:

1. I am over the age of eighteen and am competent to testify to the facts and matters set forth herein. I am a Plaintiff in this case.

2. I was born November 18, 1980, in Israel. I have been at all times since then, a citizen of both the United States of America and Israel.

3. On August 2, 2006, my father, David Martin Lelchook, was on his bike heading toward the safe room in his house from the kibbutz fields in Israel where he worked, when a missile launched by the terrorists Hizbollah struck and killed him. The terrorist missile was fired from Lebanon by the Hizbollah terrorist organization (hereinafter the "Terrorist Rocket Attack"). The Terrorist Rocket Attack was one of thousands of rocket and missile attacks by Hizbollah against civilians in Israel carried out between July 12 and August 14, 2006.

4. I suffered serious injuries as a result of Terrorist Rocket Attack which killed my father. When I learned of his murder in the Terrorist Rocket Attack which was sponsored by the Defendant, I experienced extraordinary grief, mental anguish, and emotional distress and these injuries continue to affect me to this day. My father and I were extremely close. Upon seeing the body bag with my father on the news, I immediately started to scream; the entire situation was so shocking and distressing that much of what happened when I first learned of my father's death remains a blur to me.

5. Following my father's murder, I needed and received mental health counseling I was in therapy with a psychiatrist, Dr. Esther Rhodes Avraham for 3.5 years. My mother was also in therapy for 2.5 years. My sister, Michal, attempted to get therapy, but she could not continue in counseling because she found it too painful to continue.

6. The murder of my father caused me to feel very withdrawn and alone. For the entire first six months after my father's murder, I was unable to sleep or speak about my pain. I felt unable to continue my studies and returned to the kibbutz for three months to try to heal. I abandoned everything – school, friends, my caravan, my work – nothing seemed to matter. I tried to start a routine to heal but found that I could only leave the house to walk the dog. After the first six months, I tried to distract myself from my grief by traveling abroad. However, when I was in England, I was asked about the war and I felt that I had relapsed almost back to square one. I felt nothing could help me with my extreme pain and sorrow.

7. During the early years after my father's murder, I had nightmares so intense that the dreams woke me up in the middle of the night. For about two years, I was unable to consistently sleep through the night; things have gradually improved but not completely.

2

In addition to nightmares, I also dreamt of my father coming to speak to me; my father was so vivid in my dreams that I would wake up and look around my room for him. While awake, I experienced daily flashbacks which have only recently begun to dissipate.

8. For years, my life was controlled by the Terrorist Rocket Attack which killed my father. I barely lived life; I went through the motions of living, but without any direction, ambition, meaning, purpose, or desire, I hardly consider those seven and a half years as being alive. For the first few years, I was unable to have any close relationships out of fear of losing something or someone else that I loved. The overwhelming anger and fear which I lived with caused me to be chronically angry; I lashed out towards God, my life, and everyone around. Eventually, I drove myself to become emotionally numb. Although I have been able to get married and have children, there are still times when certain things or places remind me of my father and I find myself relapsing into periods of despair.

9. While some of my negative feelings have subsided, much of my life continues to be affected because I feel that I can never fully "move-on" from the loss of my father. I have pessimistic and apathetic feelings towards much of my life including how long I live. I became uninterested in my old hobbies; carrying the weight of my emotional baggage has denied me the opportunity to enjoy critical years of my life. To this day, I cannot speak about my father without bodily responses including crying, tensing up, and shaking, as well as feeling uncomfortable and re-traumatized because of the extreme suffering which I am reminded of when thinking about my father's murder. I continue to try to avoid places that remind me of my father and his murder. For years I was unable to attend the softball match played in his memory although more recently it has become possible for me to go.

10. For a time, my father's murder created a difficult relationship between me and my mother and sister, which at times resulted in my distancing myself from them. I experienced feelings of guilt, and rage for the destruction this terror attack caused on my family. I felt estranged from my mother and sister; we were all experiencing the pain and anguish in different ways which caused me to feel like an only-child despite having my sister.

11. Not only have I suffered because of the murder of my father, but my grandmother, uncle and sister, have also suffered personal injuries as well.

12. At the time of his death, my father was married to my mother Esther, and had two children, myself and my sister Michal Lelchook. My grandmother, Doris Lelchook and my uncle, Alexander Lelchook, were also alive at that time.

13. In addition to me, my grandmother, uncle, and sister are all Plaintiffs in this action. My father's estate, through my mother as his named heir, is also a Plaintiff in this action.

**I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS DECLARATION IS TRUE AND CORRECT.**

___9.7.19___  
Date

_____  
Yael Lelchook-Galili