UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Lelchook, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 16-01550 (RC-RMM) |
| Syrian Arab Republic | ) |
| Defendant. | ) |

## DECLARATION OF DORIS E. LELCHOOK

Comes now the Declarant, Doris E. Lelchook, and in accordance with 28 U.S.C. §1746 hereby swears and affirms as follows:

1. I am over the age of eighteen and am competent to testify to the facts and matters set forth herein. I am a plaintiff in this case.

2. I was born January 3, 1924, in New York City. I have been at all times since then, a citizen of the United States of America.

3. On August 2, 2006, my son, David Martin Lelchook, was on his bike heading toward the safe room in his house from the kibbutz fields in Israel where he worked, when a terrorist missile launched by Hizbollah struck and killed him. The terrorist missile was fired from Lebanon by the Hizbollah terrorist organization (hereinafter the "Terrorist Rocket Attack"). The Terrorist Rocket Attack was one of thousands of rocket and missile attacks by Hizbollah against civilians in Israel carried out between July 12 and August 14, 2006.

4. At the time of his death, my son was married, and had two children, Yael and Michal Lelchook. My other son, Alexander Lelchook, was also alive at that time.

5. In addition to me, my granddaughters and son are all Plaintiffs in this action. My son's estate, through his wife Esther Lelchook as his named heir, is also a Plaintiff in this action.

6. I suffered serious injuries as a result of the Terrorist Rocket Attack which killed my son. When I learned of his murder in the Terrorist Rocket Attack which was sponsored by the Defendant, I experienced extraordinary grief, mental anguish, and emotional distress and these injuries continue to affect me to this day. I needed and received mental health counseling following my son's murder.

7. This extreme distress has made it difficult at times for me to carry out the daily functions of my life. I have gone through periods of weight changes, once being stable and consistent, then gaining weight and now gradually returning to my former weight. It remains difficult for me to discuss the circumstances of my son's death and the empty feeling that I carry to this day. I recall, but do not discuss, the excitement and exuberance that was once part of our family. Even though it has been twelve years since his death, I still experience anxiety and overwhelming sadness at times. When David was murdered, we were all preparing for David's Thanksgiving visit in November 2006. His absence at Thanksgiving each year is what I always first mention when asked about David. The Thanksgiving holiday brings anxiety because it remains a reminder of when David died. Discussion about David's life in Israel, that once evoked happiness and delight, no longer bring contentment or cheeriness for me.

8. I suffered and continue to suffer because of the pain inflicted by the murder of my son. Not only have I suffered because of the murder of my son, but my granddaughters and other son, Alexander, have also suffered personal injuries as well.

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THIS DECLARATION IS TRUE AND CORRECT.

11/2/18
Date

*Doris E. Leichook* (signature)
Doris E. Leichook