**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ESTER LELCHOOK, *et al.* | : | |
| | : | |
| Plaintiffs, | : | Civil Action No.:     16-1550 (RC) |
| | : | |
| v. | : | Re Document Nos.:   27, 28, 29 |
| | : | |
| SYRIAN ARAB REPUBLIC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' Motion for Default Judgment is **GRANTED IN PART AND DENIED IN PART**.  It is hereby:

**ORDERED** that Plaintiffs are awarded damages in the amount of $20,535,665, to be apportioned as follows: $285,665 to Ester Lelchook, acting as the legal representative of David Lelchook's Estate; $6,250,000 to Michal Lelchook; $6,250,000 to Yael Lelchook; $2,750,000 to Alexander Lelchook; and $5,000,000 to the Estate of Doris Lelchook; and it is

**FURTHER ORDERED** that no punitive damages shall be awarded.

**SO ORDERED**.

Dated:  September 25, 2019                                    RUDOLPH CONTRERAS
                                                             United States District Judge